Form 3A
(10/05)

# United States Bankruptcy Court

### District Of _____ Illinois _____

In re _Kelly E. Evans_ ,                                     Case No. _08-20168_
            Debtor

                                                              Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

$ _68.50_     Check one ☐   With the filing of the petition, or
                        ☐   On or before _08-01-08_

$ _68.50_     on or before _08-27-08_

$ _68.50_     on or before _Sept. 29-08_

$ _68.50_     on or before _Oct. 28-08_

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 0 1 2008

KENNETH S. GARDNER, CLERK
PS REP. - DDS

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _Kelly E. Evans_   _08-01-08_
Signature of Attorney          Date       Signature of Debtor          Date
                                          (In a joint case, both spouses must sign.)

_____          _____
Name of Attorney                          Signature of Joint Debtor (if any)          Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois

In re KelN C. Evans,
Debtor

Case No. 08-20168

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  ☐  With the filing of the petition, or
                                ☐  On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: AUG 0 1 2008

_____
Kenneth S. Gardner Clerk of the Court